DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FVP OPPORTUNITY FUND III, LP, FVP INVESTMENTS LLC,** and **FVP SERVICING, LLC,**
Appellants,

v.

**KENNETH J. GOODMAN,** as trustee of the **DCG 2008 IRREVOCABLE WEALTH TRUST,** and **INTERFACE PROPERTIES, LLC,**
Appellees.

No. 4D2023-3057

[May 23, 2024]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Jr., Judge; L.T. Case No. CACE22-005125.

Jerrell A. Breslin and Jonathan Noah Schwartz of Schwartz | Breslin, PLLC, Miami, and Bradford Cohen and Michael James McMullen of Cohen & McMullen, P.A., Fort Lauderdale, for appellants.

Ivan Jac Reich and Terry Resk of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***